**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-7061**

TRACEY TERRELL GRADY,

Plaintiff - Appellant,

v.

LISA R. HALL, ALJ Judge, Disability Hearing Law Judge Office
of the Disability Adjudication and Review, Raleigh, NC;
MICHAEL SHARPE, Dr., Pitt Memorial Hospital Staff; JULIE
SAWYER LITTLE, Vocational Expert; PRISONER LEGAL SERVICES,
Attorney Sarah J. Farber and Staff,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Louise W. Flanagan,
District Judge.  (5:16-ct-03026-FL)

Submitted:  November 17, 2016      Decided:  November 22, 2016

Before GREGORY, Chief Judge,  and MOTZ and TRAXLER, Circuit
Judges.

Affirmed by unpublished per curiam opinion.

Tracey Terrell Grady, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tracey Terrell Grady appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Grady v. Hall, No. 5:16-ct-03026-FL (E.D.N.C. July 28, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED